1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS ROMERO, on behalf of himself and others similarly situated,<br><br>PLAINTIFF,<br><br>vs.<br><br>ADT LLC; and DOES 1 to 100, Inclusive,<br><br>DEFENDANTS. | Case No.: 19-cv-06975-WHO<br><br>Before Judge William H. Orrick, United States District Court Northern District of California<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)**<br><br>**Action Filed**: August 12, 209<br>**Action Removed**: October 24, 2019 |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Plaintiff CARLOS ROMERO ("Plaintiff"), Defendant ADT LLC ("Defendant") (collectively referred to as "Defendants") filed a Joint Stipulation seeking Dismissal of Plaintiff's Class Action Complaint without prejudice.

The Court, having read and considered all of the papers filed on behalf of the parties and on file in the action, **HEREBY ORDERS:**

1. The Joint Stipulation of Dismissal of Plaintiff's Complaint without Prejudice is hereby granted.

/ / /

2. Plaintiff and Defendant shall each be responsible for their respective costs and fees.

**IT IS SO ORDERED.**

Date:   August 31, 2020

_____
Hon. William H. Orrick
United States District Court Judge

[PROPOSED] ORDER RE: JOINT STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)

2

On August 28, 2020, I served the foregoing document, described as

**[PROPOSED] ORDER RE: JOINT STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)**

on all interested parties in this action in the manner provided as follows:

**A**    **(BY MAIL)** As follows:

I placed such envelope, with postage thereon prepaid, in the United States mail at Los Angeles, California.

I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid, at Los Angeles, California, in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

**B**    **(BY ELECTRONIC MAIL)** I sent such document via facsimile mail to the number(s) noted above.

**C**    **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the attorney at the location designated above.

**D**    **(BY ELECTRONIC SERVICE)** I submitted an electronic version of the document(s) via portable document format (PDF) to the court at www.cacd.uscourts.gove/cmecf. Service will be deemed effective as provided for by Local Rule 5-3.2 of the District Court of California, Central District.

| Party Served | Form of Service |
|---|---|
| Lonnie D. Giamela, Esq. (SBN 228435)<br>E-Mail: lgiamela@fisherphillips.com<br>Philip J. Azzara, Esq. (SBN 239126)<br>E-Mail: pazzar@fisherphillips.com<br>Rebecca S. King, Esq. (SBN 305902)<br>E-Mail: rking@fisherphillips.com<br>**FISHER & PHILLIPS, LLP**<br>2050 Main Street, Suite 1000<br>Irvine, California 92614<br>Telephone: (949) 851-2424<br>Facsimile: (949) 851-0152<br><br>Attorneys for DEFENDANT ADT, LLC | **D** |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 28, 2020          */s/ Anwar D. Burton*
                                                  Anwar D. Burton

**DECLARATION OF SERVICE**